



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 442-8248
Fax: (212) 788-9776

RECEIVED FEB 09 2012 CHAMBERS OF JUDGE ROBERT P. PATTERSON

February 10, 2012

**VIA FACSIMILE (212) 805-7917**
The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/12

    Re: Duchaun Butler v. City of New York, et al., 10 Civ. 7974 (RPP)

Your Honor:

    I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants P.O. Humberto Kibel, Michael Nocerino and Sgt. Jawann Layton in the above-referenced matter. I write to respectfully request that plaintiff's counsel be ordered to provide defendants the order in which they intend to call witnesses in their case in chief no later than by the end of business today. Despite my numerous requests to plaintiff's counsel for same, none has been forthcoming. Given the multitude of witnesses at the trial, which starts Tuesday, fairness dictates that this request, which is common courtesy, be granted.

*Application granted.
So ordered.
Robert P. Patterson
USDJ
2/10/12*

Thank you for your consideration herein.

                           Respectfully submitted,

                           Mark D. Zuckerman
                           Senior Counsel

cc:    Fred Lichtmacher, Esq. (via facsimile)(212-922-9077)
       Matthew Flamm, Esq. (via facsimile)(718-522-2026)

Thank you for your consideration herein.

Respectfully submitted,

Mark D. Zuckerman
Senior Counsel

cc: Fred Lichtmacher, Esq. (via facsimile)(212-922-9077)
Matthew Flamm, Esq. (via facsimile)(718-522-2026)